THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY SENES, Appellant.

*Crimes — wiretapping — judgment of conviction affirmed.*

*People* v. *Senes,* 210 App. Div. 845, affirmed.

(Argued February 25, 1926; decided March 30, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1924, which affirmed a judgment rendered at a Trial Term for the county of New York upon a verdict convicting the defendant of wiretapping in violation of subdivision 6 of section 1423 of the Penal Law.

*Cyril F. dos Passos* and *Edward V. Broderick* for appellant.

*Joab H. Banton, District Attorney (Felix C. Benvenga* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.    Absent: CARDOZO, J.